IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| COMPLAINT AND PETITION OF | § | 4:24-CV-02568 |
| TIMTOM LAND HOLDINGS, LLC AS | § | NOTICE OF CLAIM |
| OWNER OF THE M*V JACQUES-IMO,* | § | |
| SHAMROCK MARINE, LLC AS | § | KSENIIA TAIGACHEV, INDIVIDUALLY |
| OWNER OF THE T/B SHAMROCK 500 | § | AND AS REP OF THE ESTATE OF |
| AND BUFFALO MARINE SERVICE, | § | KONSTANTIN TAIGACHEV, |
| INC. AS OWNER PRO HAC VICE OF | § | DECEASED, SLIZSKAIA TATIANA |
| *SHAMROCK 500* IN A CAUSE OF | § | GRIGORYEVNA AND KONSTANTIN |
| EXONERATION FROM OR | § | TAIGACHEV KONSANTINOVICH |
| LIMITATION OF LIABILITY | § | |

**KSENIIA TAIGACHEV, INDIVIDUALLY AND AS REP OF THE ESTATE OF KONSTANTIN TAIGACHEV, DECEASED, SLIZSKAIA TATIANA GRIGORYEVNA AND KONSTANTIN TAIGACHEV KONSANTINOVICH
INITIAL DISCLOSURES**

Respondents Kseniia Taigachev, Individually and as Representative of the Estate of Konstantin Taigachev, Deceased, Slizskaia Tatiana Grigoryevna and Konstantin Taigachev Konsantinovich files their Initial Disclosures.

I. Initial Disclosures:

A. The names, addresses and telephone numbers of each individual likely to have information that bears significantly on any claim or defense, identifying the subjects of the information:

1. Kseniia Taigachev, Individually and as Representative of the Estate of Konstantin Taigachev, Deceased; Slizskaia Tatiana Grigoryevna; and Konstantin Taigachev Konsantinovich
c/o Brian Beckcom, Brendan Fradkin
VB Attorneys
7941 Katy Freeway, #312, Houston, Texas 77024
713-224-7800
Subject of Information: Personal knowledge of the incident, the deceased, and damages as plaintiffs and representatives of the deceased's estate

2. Representatives of Timtom Land Holdings, LLC
   As owner of the M/V JACQUES-IMO
   c/o Ronald L. White
   Wilson Elser
   909 Fannin Street, Suite 3300, Houston, TX 77010
   713-353-2000
   Subject of Information: Knowledge of the vessel's operation and the incident

3. Representatives of Shamrock Marine, LLC
   As owner of the T/B SHAMROCK 500
   c/o Ronald L. White
   Wilson Elser
   909 Fannin Street, Suite 3300, Houston, TX 77010
   713-353-2000
   Subject of Information: Knowledge of the vessel's operation and the incident

4. Representatives of Buffalo Marine Service, Inc.
   As owner pro hac vice of SHAMROCK 500
   c/o Ronald L. White
   Wilson Elser
   909 Fannin Street, Suite 3300, Houston, TX 77010
   713-353-2000
   Subject of Information: Knowledge of the vessel's operation and the incident

5. Representatives of COSCO (Cayman) Mercury Co. Ltd.
   c/o Richard Anthony Branca
   Royston Rayzor Vickery & Williams, LLP
   1415 Louisiana Street, Ste 4200, Houston, TX 77002
   713-224-8380
   Subject of Information: Potential involvement or knowledge of the incident

6. Representatives of Danaos Shipping Co., Ltd.
   c/o Jacob Charles Soto
   Galloway Johnson Tompkins Burr & Smith
   1301 McKinney Street, Ste 1400, Houston, TX 77379
   832-799-2706
   Subject of Information: Potential involvement or knowledge of the incident

7. Svetlana Onyschchenko, Individually and as Representative of the Estate of Yuri Onyschchenko, Deceased; Avtutova Olga Yurievna
c/o Vanessa D. Gilmore, Anjali Sharma, Sean A. Roberts
Roberts Markland LLP
2555 N. MacGregor Way, Houston, Texas 77004
713-630-0900
Subject of Information: Personal knowledge of the incident, the deceased, and damages as claimants

8. Habibu Othman Khamis
c/o Vanessa D. Gilmore, Anjali Sharma, Sean A. Roberts
Roberts Markland LLP
2555 N. MacGregor Way, Houston, Texas 77004
713-630-0900
Subject of Information: Potential knowledge of the incident and damages as a claimant

9. Representatives of Speedcarrier (No. 3) Corp.
c/o Kelly C. Hartmann, Trenton J. Wallis, Jacob Charles Soto
Galloway Johnson Tompkins Burr & Smith
1301 McKinney Street, Suite 1400, Houston, TX 77379
713-599-0700
Subject of Information: Potential involvement or knowledge of the incident

10. Melvin Miller
Superintendent with CPA
Address: 1515-C5 E Barbours Cut Blvd, Port Of Houston, TX
Phone: (832) 407-5246
Subject of Information: Reported the evacuation of ILA workers from the vessel, potential eyewitness to the incident

11. Tracy Lindsey
Baytown Fire Department
Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
Employee Number: 9305
Assignment: OIC (Officer in Charge)
Subject of Information: Responded to the fire, participated in rescue operations, authored incident report

12. Patrick Mahoney
    Baytown Fire Department
    Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
    Subject of Information: Quality control for incident report, may have additional information about the fire response

13. William Fregia
    Baytown Fire Department, Engine 2
    Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
    Subject of Information: Responded to the fire, participated in rescue operations

14. Caleb Dove
    Baytown Fire Department, Engine 2
    Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
    Subject of Information: Responded to the fire, participated in rescue operations

15. Randy Birdwell
    Baytown Fire Department, Engine 2
    Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
    Subject of Information: Responded to the fire, participated in rescue operations

16. Aaron McNeil
    Baytown Fire Department, Medic 2
    Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
    Subject of Information: Provided medical assistance at the scene

17. Jarren Galvan
    Baytown Fire Department, Medic 2
    Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
    Subject of Information: Provided medical assistance at the scene

18. Gustabo Torres
    Baytown Fire Department, Tower 7
    Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
    Subject of Information: Assisted with victim removal from the ship

19. Hayden Phillips
    Baytown Fire Department, Tower 7
    Address: 201 E. Wye Dr. Baytown, TX 77521 (Baytown Fire Department Headquarters)
    Subject of Information: Assisted with victim removal from the ship

20. Phyllis Smith-Dennis
    Harris County Fire Marshal's Office
    Address: 2318 Atascocita, Humble, TX 77396
    Phone: (713) 274-1704
    Email: Phyllis.Dennis@fmo.hctx.net
    Subject of Information: Custodian of records for Harris County Fire Marshal's Office, may have information about the fire investigation

The foregoing designation includes all agents, employees, representatives and records custodians for each individual, business enterprise, healthcare provider and government agency listed. Plaintiff reserves the right to supplement as discovery continues.

B. Documents and tangible things in Plaintiff's possession, custody or control relevant to disputed facts in pleadings:

- Port of Houston PD Fire Call Slip for 24; Port of Houston Police Department Relevance: Contains initial report of the fire and response details
- Port of Houston Police Call Slip for 24 - Port of Houston Police Department Relevance: Contains additional details about the incident and response
- Tracy Lindsey Baytown Fire Department Incident Report (Incident Number: 24000000320) Location: Baytown Fire Department Relevance: Detailed report of the fire department's response and rescue operations
- Harris County Fire Marshal's Office records: Location: Harris County Fire Marshal's Office, 2318 Atascocita, Humble, TX 77396 Relevance: May contain investigation details about the fire
- U.S. Coast Guard records: May contain additional investigation details or maritime incident reports

C. Computation of Damages:

Plaintiff intends to allow the jury to determine the computation of damages.

D. Insurance Agreement:

None.


II. Disclosure of Expert Testimony:

None at this time

VB Attorneys

/s/Brian Beckcom

_____

Brian Beckcom
SBN: 24012268
brian@vbattorneys.com
Brendan Fradkin Pro Hac Vice
Brendan@vbattorneys.com
7941 Katy Freeway, #312
Houston, Texas 77024
713-224-7800
713-224-7801 Facsimile

Certificate of Service

A true and correct copy of the foregoing was served on all counsel of record on this 17th day of October 2024.

/s/ Brian Beckcom

_____

Brian Beckcom